**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MARIAN LEIGHTON,** ) | |
|     **Plaintiff** ) | |
| ) | **Civil Action No.** |
| v. ) |    **1:04cv00812 LFO** |
| ) | |
| **CENTRAL INTELLIGENCE AGENCY,** ) | |
|     **Defendant** ) | |

## NOTICE OF FILING

    Defendant attaches a copy of its Consent Motion to Extend Time to Respond to the Amended Complaint. Defendant unsuccessfully attempted to file this document earlier in the day but inadvertently filed a duplicate of its proposed order instead of filing the motion with the proposed order.

    _____
    CHARLOTTE A. ABEL #388582
    Assistant United States Attorney
    555-4th St., N.W.
    Washington, D.C. 20005
    (202) 307-2332