UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARIAN LEIGHTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-0812 (LFO) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is this 13th day of July, 2007, hereby

ORDERED: that formal discovery shall commence immediately in full compliance with Local Rule 26; and it is further

ORDERED: that Plaintiff's Proposed Discovery Plan [dkt # 52] is approved, but Defendant's objections, if any, to specific discovery requests are not waived; and it is further

ORDERED: that the parties shall meet and confer and submit a proposed scheduling order for the conclusion of discovery, filing of dispositive motions (if any), and trial. The proposed scheduling order shall be submitted on or before Monday, August 13, 2007.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE