UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN LEIGHTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-0812 (LFO) |
| ) | ECF |
| v. ) | |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION AND MEMORANDUM IN SUPPORT
OF MOTION TO FILE EXHIBIT UNDER SEAL**

Pursuant to the Federal Rules of Civil Procedure and LCvR 5.1(j) and 5.5(f), defendant, through counsel, respectfully moves this Court to permit defendant to file exhibit G to defendant's motion for summary judgment under seal. The grounds for the motion are that the exhibit contains confidential and/or sensitive personal information which could cause embarrassment, or be misused, if revealed on the public record.

**CERTIFICATE PURSUANT TO LCvR 7(m)**

Plaintiff's counsel consents to this motion.

Respectfully submitted,

/s/ *Jeffrey A. Taylor/CAA*
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/ *[signature]*
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room 10-106
Washington, D.C. 20530
(202) 307-2332

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Exhibit G to Defendant's Motion for Summary Judgment to be served on the below-listed counsel via first-class mail, this 10th day of April, 2008.

**Stephen M Block**
ACLU
1400 20th Street, NW
Suite 119
Washington, DC 20036

**Arthur B. Spitzer**
ACLU
1400 20th Street, NW
Suite 119
Washington, DC 20036

**Sean Patrick Bamford**
PEPPER HAMILTON LLP
600 14th Street, NW
Suite 500
Washington, DC 20005-2008

**Charles Henry Carpenter**
PEPPER HAMILTON LLP
600 14th Street, NW
Suite 500
Washington, DC 20005-2004

/s/ _____
Charlotte A. Abel
Assistant United States Attorney