UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN LEIGHTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-0812 (LFO) |

**ORDER**

In connection with the pending Motion for Summary Judgment [dkt #63], the Court deems it necessary to review *in camera* the classified material redacted from Exhibits F and G, thereto. Accordingly, it is hereby

ORDERED: that the Court will review unredacted versions of Exhibits F and G on Tuesday, July 15, 2008, at 11 a.m. in Chambers (Room 2529); and it is further

ORDERED: that counsel for the defendant shall arrange to have the unredacted versions of Exhibits F and G made available for the Court to review at that time.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE