UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIAN LEIGHTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-0812 (LFO) |

ORDER

In this Privacy Act case, the Plaintiff alleges that there are eighteen factually inaccurate statements in her investigative file. The Defendant seeks summary judgment, contending, *inter alia*, that none of the statements are factually inaccurate. The Plaintiff's ability to respond fully to this argument was hampered by the fact that the Defendant heavily redacted the copies of the Plaintiff's investigative file and polygraph interview transcripts that it produced. The court concluded that an *in camera* review of unredacted copies of those documents was necessary. In conducting that review, the court learned that the Defendant had redacted both classified material and material it considered not relevant. The Plaintiff is entitled to review these documents, with only the classified material redacted. Accordingly, it is this 29th day of July, 2008, hereby

ORDERED: that on or before Friday, August 8, 2008, the Defendant shall produce to the Plaintiff and file with the court versions of the Plaintiff's investigative file and interview transcripts with only the classified material redacted; and it is further

ORDERED: that on or before Friday, August 15th, the Plaintiff may supplement her

Opposition to the Defendant's Motion for Summary Judgment based on her review of these documents.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE