**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**MARIAN LEIGHTON,**                )
                                                    )
        **Plaintiff,**                        )
                                                    )       **Civil Action No. 1:04cv00812 LFO**
        **v.**                                       )
                                                    )
**CENTRAL INTELLIGENCE AGENCY,** )
                                                    )
        **Defendant.**                    )
_____)


**MOTION FOR LEAVE TO FILE UNDER
INTERIM SEAL**

Comes now plaintiff Marian Leighton and, pursuant to an agreement with Defendant, requests leave to file her supplemental brief and accompanying exhibits under an interim seal, and in support thereof states as follows:

Although neither the brief nor the exhibits contain any classified information, Defendant is concerned that revealing these pages could reveal methods of interrogation. Defendant raised this issue with Plaintiff's counsel, who agreed to allow Defendant to review a list of pages to be submitted and/or quoted prior to filing on the public record. As agreed, Dr. Leighton's counsel provided a list of such pages, and the Agency has responded that all should be filed under seal.

Pursuant to her agreement with the Agency, Dr. Leighton requests that the Court accept her brief and exhibits under an interim seal, to be maintained pending the court's determination whether these documents should indeed be sealed.

-2-

       For her part, Dr. Leighton does not request the permanent seal of any part of her brief or the exhibits.

                                   Respectfully submitted,

                                   /s/  Charles H. Carpenter
                                   Charles H. Carpenter #432004
                                   Heather Kilgore-Weiner #501637
                                   PEPPER, HAMILTON LLP
                                   600 14th Street, N.W.
                                   Washington, D.C.  20005
                                   (202) 220-1507

Of Counsel:

Stephen M. Block
Arthur B. Spitzer
American Civil Liberties Union Fund
 of the National Capital Area
1400 – 20th Street, NW, Suite 119
Washington, D.C.  20036-5920

                                     Attorneys for Dr. Leighton