```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **MARIAN LEIGHTON,**   Plaintiff   v.   **CENTRAL INTELLIGENCE AGENCY,**   Defendant | )   )   )   )   )   )   )   )   )   ) Civil Action No.   1:04cv00812 LFO |

### NOTICE OF FILING

The CIA submits for filing under seal, a copy of the transcript of Ms. Leighton's polygraph examination administered on 27 March 2002 and 3 April 2002.[1]  A copy of this transcript was provided to Plaintiff's counsel on 8 August 2008.  Pursuant to the Court's order date 29 July 2008, the only information that has been redacted from this transcript is classified information.  With regard to Ms. Leighton's investigative file, the CIA states that the redactions made to this file when it was originally provided to her were for the purpose of protecting classified information from disclosure.  Accordingly, irrelevant information was not redacted from the file.

```
                         __/s/_____
                         CHARLOTTE A. ABEL #388582
                         Assistant United States Attorney
                         555-4th St., N.W.
                         Washington, D.C. 20005
                         (202) 307-2332
```

---

[1] The transcripts are mistakenly dated 27 March 2007 and 3 April 2007.

**CERTIFICATE OF SERVICE**

    I certify that I caused the foregoing Notice of Filing to be served on the below-listed counsel via first-class mail, this 10th day of September, 2008.

**Stephen M Block**
ACLU
1400 20th Street, NW
Suite 119
Washington, DC 20036

**Arthur B. Spitzer**
ACLU
1400 20th Street, NW
Suite 119
Washington, DC 20036

**Sean Patrick Bamford**
PEPPER HAMILTON LLP
600 14th Street, NW
Suite 500
Washington, DC 20005-2008

**Charles Henry Carpenter**
PEPPER HAMILTON LLP
600 14th Street, NW
Suite 500
Washington, DC 20005-2004

_____
Charlotte A. Abel
Assistant United States Attorney