UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN LEIGHTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-0812 (LFO) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

ORDER

For reasons explained in an accompanying memorandum, it is this 2nd day of December, 2008, hereby:

ORDERED: that Defendant's Motion for Summary Judgment [dkt #63] is GRANTED.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE